

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00064-CV

In the **INTEREST OF D.B.M.**, a Child

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16246A
Honorable Cathy Morris, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs are assessed because appellant is indigent.

SIGNED July 19, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice